
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 6627 | **DATE** | 7/22/02 |
| **CASE TITLE** | Xpedior, Inc. v. Centrecom, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing [held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference [held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial [set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs [by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated in the attached memorandum and opinion order, this Court adopts the bankruptcy judge's proposed findings of fact and conclusions of law and GRANTS the motion for entry of default judgment. This Court hereby enters judgment in favor of Xpedior in the amount of $255,405.45 plus post-judgment interest at the current rate pursuant to 28 U.S.C. § 1961. Xpedior's request for costs is DENIED.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUL 25 2002 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| ↙ | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| mrl | courtroom deputy's initials | 02 JUL 24 PM 2:13 U.S. DISTRICT COURT CLERK | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XPEDIOR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 01 C 6627  **DOCKETED** |
| | ) | JUL 2 5 2002 |
| v. | ) | |
| | ) | |
| CENTRECOM, INC. | ) | HONORABLE DAVID H. COAR |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

This matter is before this Court on United States Bankruptcy Judge Susan Pierson Sonderby's Recommendation that Plaintiff Xpedior's ("Xpedior") motion for entry of default judgment be granted and that this Court enter judgment in favor of Xpedior and against Defendant CentreCom, Inc. ("CentreCom"). Under 28 U.S.C. §§ 157(c)(1), a bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under Title 11. In such proceeding, the bankruptcy judge shall submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment shall be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing *de novo* those matters to which any party has timely and specifically objected. Id. Judge Sonderby concluded that she had non-core jurisdiction over this breach of contract claim, and she submitted Proposed Findings of Fact and Conclusions of Law. This Court agrees with Judge Sonderby's determination as to the nature of the claim.



Therefore, after careful consideration, and as there are no objections, this Court adopts Judge Sonderby's findings and conclusions in their entirety.[1]

## Conclusion

The Plaintiff's motion for entry of default judgment is GRANTED. This Court hereby enters judgment in favor of Xpedior in the amount of $255,405.45 plus post-judgment interest at the current rate pursuant to 28 U.S.C. § 1961. Xpedior's request for costs is DENIED.

**Enter:**

**David H. Coar**

**United States District Judge**

Dated: July 22, 2002

---

[1] Judge Sonderby authorized Xpedior to file its complaint under seal. Thus, Judge Sonderby's order of proposed findings of fact and conclusions of law is under seal and on file with the Clerk of the Court.